UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**ALIMU SILLAH**,

          **Plaintiff**,

v.

**BLUEFORCE, INC.,**

          **Defendant.**

Civil Action No.  4:20-cv-00189

## PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Alimu Sillah hereby voluntarily dismisses all of his claims against Defendant Blueforce, Inc., as set forth in any and all of Plaintiff's Complaints brought in litigation and arbitration, with prejudice. By and through their respective attorneys, the Parties file this Joint Stipulation of Dismissal.

Dated: October 25, 2023

By:   /s/ (with permission)
Ellen Kyriacou Renaud (VSB No. 47326)
Alan Lescht & Associates, P.C.,
1825 K Street, NW Suite 750
Washington, DC 20006
Phone: (202) 852-8483
Fax: (202) 463-6067
Ellen.renaud@leschtlaw.com
*Counsel for Plaintiff*

Respectfully submitted,

By:                /s/
Kristina H. Vaquera (VSB No. 43655)
Milena Radovic (VSB No. 91000)
Olivia R. Cohen (VSB No. 98149)
Jackson Lewis P.C.
500 E. Main St., Suite 800
Norfolk, Virginia 23510
Phone: (757) 648-1448
Fax: (757) 648-1418
Kristina.vaquera@jacksonlewis.com
Milena.radovic@jacksonlewis.com
olivia.cohen@jacksonlewis.com
*Counsel for Defendant*